FILED
JUN - 3 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR0972-WMC |
| v. | AMENDED JUDGMENT |
| ANGELICA MANRIQUEZ | CHARLES H. ADAIR<br>Defendant's Attorney |

REGISTRATION NO. 24738298

VIOLATION: Count 1 of the Superseding Information: 41 C.F.R. SEC. 102-74.390 - Impeding a Federal Officer on Property Under the Charge of General Services Administration

__x__ Defendant pleaded guilty to Count 1 of the Superseding Information

**JUDGMENT**

__x__ Defendant is adjudged guilty on Count 1 of the Superseding Information

The defendant is ordered to pay a fine in the amount of $500.00 or complete 20 Hours of Anger Management Courses.

__x__ Penalty assessment of $5.00 waived

__x__ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36) Penalty Assessment Removed

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

__x__ Underlying counts are dismissed on the government's motion.

May 26, 2011
Date of Imposition of Sentence

*/s/ W. McCurine*
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

Entered on: